CLERK'S OFFICE U.S. DISTRICT. COURT
AT ROANOKE, VA
FILED

APR 03 2026

LAURA A. AUSTIN, CLERK
BY: _____
DEPUTY CLERK

E Stefan Oline
29133 Hickory Lane
Langhorne, PA 19047
267-218-6183
olinesn@gmail.com

March 31, 2026

Clerk of Court
United States District Court
Western District of Virginia
Roanoke, VA
210 Franklin Rd. SW
Suite 540
Roanoke, VA 24011

Re: Michael Halassa, M.D. PhD, v Stefan Oline, Case No. 7:26-cv-00200

Motion for Extension of Time to Obtain Counsel

Dear Judge Ballou, Mag. Judge Memmer:

I am a party in the above-referenced matter and respectfully request an extension of time to obtain legal counsel.

I am actively seeking an attorney to represent me in this case but have not yet been able to secure representation. I live out of state in Pennsylvania and since it is in Federal court, I need to find a lawyer in Virginia that can handle my case. This has been very time consuming to secure an appropriate counsel. Due to the complexity of the case, I need to ensure that my case is presented effectively and in accordance with court procedures. Additional time would allow me to properly retain counsel.

The current deadline for filing a response is April 6, 2026. I respectfully request an extension of 30 days, up to and including May 6, 2026.

This request is made in good faith and not for purposes of delay.

Thank you for your time and consideration.

Respectfully submitted,

Stefan N Oline, Ph.D.

