Stefan Oline
29133 Hickory Ln
Langhorne, Pa 19047

ORIGIN ID:PRIA  (215) 791-5764
STEFAN OLINE

29133 HICKORY LN

LANGHORNE, PA 19047
UNITED STATES US

SHIP DATE: 02APR26
ACTWGT: 0.10 LB
CAD: 6570685/ROSA2710
DIMS: 11x9x1 IN

TO CLERK OF COURT
WESTERN DISTRICT OF VIRGINA
210 FRANKLIN ROAD SOUTHWEST
SUITE 540
UNITED STATES DISTRICT COURT
ROANOKE VA 24011

(215) 791-6764          REF:
INV:
PO:                           DEPT:



FedEx
Express

E

FRI – 03 APR 10:30A
PRIORITY OVERNIGHT

TRK#
0201  8702 5543 4444

G7 ROAAG          ROAA 24011
                  VA-US  ROA

1240  FF 04/03  08:00    9586243
WESTERN DISTRICT OF VIRGINA
210 FRANKLIN RD SW
STE 540
ROANOKE VA          24011-2208 40
PRIORITY OVERNIGHT

103-1089

ETP 1        SP-PD 100 V
12894052 031000240100870255434444

RECEIVED

APR 0 3 2026

USDC Clerk's Office
Mail Room



Clerk of Court, US District Ct,
Western District of Virginia
210 Franklin Rd SW, Suite 540
Roanoke, VA. 24011

***Photos - Do Not Bend  / Photos – Ne pas plier***

## POLYAIR™
*feel protected*

9 in x 11.5 in
22.86 cm x 29.21 cm

**PHOTO/DOCUMENT MAILER**
**POCHETTE À PHOTO/DOCUMENT**

∨ Self Sealing / Fermeture auto



**100% Recyclable**

## Made in Canada
## Fabriquée au Canada



7  71342 33936  2